**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

TERRY ANDRE WILLIAMS,

       Plaintiff,

vs.                                                                     Civil No. 08-035 MV/RHS

CITY OF ALBUQUERQUE
POLICE DEPARTMENT, et al.,

       Defendants.

**ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS,
GRANTING PLAINTIFF'S MOTION TO STAY OR DISMISS,
AND DISMISSING THIS CASE WITHOUT PREJUDICE**

THIS MATTER comes before the Court on Plaintiff's Motion to Stay Proce[e]dings (or) Dismiss Without Prejudice ("Motion to Stay or Dismiss"), filed May 12, 2008 **[Doc. No. 18]** and the Magistrate Judge's Report and Recommendation Regarding Plaintiff's Motion to Stay or Dismiss ("Report"), filed May 16, 2008 **[Doc. No. 20]**.  The parties have not objected to the Magistrate Judge's Report.  Having considered the same, the Court finds that the proposed findings of the Magistrate Judge will be adopted, Plaintiff's Motion to Stay or Dismiss will be granted, and this civil proceeding will be dismissed without prejudice.

WHEREFORE,

IT IS HEREBY ORDERED that the proposed findings of the United States Magistrate Judge **[Doc. No. 20]** are adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion to Stay Proce[e]dings (or) Dismiss Without Prejudice **[Doc. No. 18]** is **granted** and this civil proceeding is **dismissed** without prejudice.

IT IS FINALLY ORDERED that any pending motions are **denied** as moot.

_____
UNITED STATES DISTRICT JUDGE